DELAWARE, L. & W. R. CO. v. INTERSTATE COMMERCE COMMISSION.

(Circuit Court, S. D. New York. February 18, 1909.)

COMMERCE (§ 93*)—INTERSTATE COMMERCE COMMISSION—SUITS AGAINST—PARTIES.

In a suit by a railroad company against the Interstate Commerce Commission to enjoin or annul an order or requirement of the commission, third parties interested in such order are not entitled to intervene as of right, but may be permitted to do so at the request of the commission, on condition that the hearing shall not thereby be delayed.

[Ed. Note.—For other cases, see Commerce, Cent. Dig. § 144; Dec. Dig. § 93.*]

On Petition for Leave to Intervene as Parties Defendant. See, also, 166 Fed. 498, 499.

Wm. S. Jenney and Douglas Swift, for complainant.
Henry L. Stimson and P. J. Farrell, for defendant.
Masten & Nichols, for petitioners.

Before LACOMBE, WARD, and MARTIN, Circuit Judges.

PER CURIAM. In granting this application of the American Forwarding Company, Trans-Continental Freight Company, and Rockford Manufacturers' & Shippers' Association, this court is not to be understood as sanctioning a practice which would allow every interested person to intervene in proceedings of this nature. The application is granted in this case, because it appears that the three interveners above named were the persons who actually tried and argued the case before the Interstate Commerce Commission, and because the commission itself asks that the application be granted. Such intervention, however, shall not be allowed to delay the progress of the cause, and the interveners shall accept all action and unite in all stipulations had or made by the defendant the Interstate Commerce Commission.